JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gillian Steinmetz, | Case No. **CV 07-6155-JFW (Ex)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Golden State Supply, Inc., a Nevada Corporation, d/b/a Carquest Auto Parts and Machine Shop; Chester Balz, an individual; and Does 1 through 50, inclusive | |
| Defendants. | |

The Court, having granted the Defendant Golden State Supply, Inc.'s motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant Golden State Supply, Inc., and Defendant Chester Balsz (erroneously sued as Chester Balz) were entitled to judgment as a matter of law on all causes of action alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff Gillian Steinmetz shall recover nothing from any of the named Defendants;

2. Defendant Golden State Supply, Inc., and Defendant Chester Balsz (erroneously sued as Chester Balz) shall have judgment in their favor on Plaintiff's entire action; and

3. Defendant Golden State Supply, Inc., and Defendant Chester Balsz (erroneously sued as Chester Balz) shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: April 15, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE